# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3056 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DESHAWN FLETCHER, Defendant. | ) | |

Because the defendant has been sentenced to prison in another case, and because the supervised release term imposed in that case will not commence for many years,

IT IS ORDERED that supervised release in this case (4:07CR3056) is terminated.

November 9, 2012.

BY THE COURT:

*s/Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge